Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA, )
                Plaintiff, )    NO. CR12-377RAJ
                            )
                            )    ORDER TO SEAL
        v. )
EFRAIN SEPULVEDA-ACOSTA, )
                Defendant. )

Having read the Government's Motion to Seal and because of sensitive information contained within United States' Sentencing Memorandum,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #27) is GRANTED and the United States' Sentencing Memorandum filed under Dkt. #28 shall remain sealed.

DATED this 15th day of February, 2013.

*[signature]*
The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL
SEPULVEDA-ACOSTA/CR12-377RAJ – Page 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970